USDC SCAN INDEX SHEET

















GXR     10/1/03     9:40

3:02-CR-03388   USA V. WHEN IT WAS A GAME

*34*

*CRMO.*



# Minutes of the United States District Court
## Southern District of California
### Friday, September 26, 2003

2002CR03388-BTM

**For the Honorable:   Barry Ted Moskowitz   District Judge**

**Deputy Clerk:   Sara August   Court Reporter/ECR:   LeeAnn Pence**

**On Calendar:**

**2002CR03388-BTM**

USA vs.                                             Lang Booking #

  (1)WHEN IT WAS A GAME (C)                          (1) Robert L. Grimes  RET
     MTD: 09-04-2003                               619 232-9700
  (2)JOHN  SLIGHT (R)            84187198    (2) Robert L. Grimes  RET
     MTD: 09-04-2003                               619 232-9700
  (3)CRAIG C. KREIDER (R)        84188198    (3) Robert F. Semmer  RET
     MTD: 09-04-2003                               619 232-0800
                                Melanie K. Pierson  AUSA
                                619 557-5610

ACCEPT PLEA/P.O. RPT AND SENT  (1-3)

**Minutes:**

COURT ACCEPTS DEFENDANT'S PLEA OF GUILTY BEFORE MAG JUDGE
THE DEFT'S HAVE MADE RESTITUTION IN FULL

1)CT 1
ASSESSMENT $400.00 FORTHWITH
FINE $6,000.00 FORTHWITH

2)CT  1 SUPERVISED PROBATION FOR A TERM OF 3 YRS
ASSESSMENT $100.00 FORTHWITH
FINE $3000.00 FORTHWITH
BOND EXONERATED

3)CT 1  SUPERVISED PROBATION FOR A TERM OF 3 YRS
ASSESSMENT $100.00 FORTHWITH
FINE $3,000.00 FORTHWITH
BOND EXONERATED